UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRENZ, FRANCIS BREIDENBACH, CAITLYN FARRELL, and NOELLE SIMMS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ON-LINE ADMINISTRATORS, INC. dba PEAK PERFORMANCE MARKETING SOLUTIONS, a California Corporation; VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1-5,<br><br>        Defendants. | Case No. 2:15-CV-08356-JLS-KS<br><br>*Honorable Josephine L. Staton*<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL STIPULATED PROTECTIVE ORDER FOR PERSONAL IDENTIFYING INFORMATION** |

In this action, Defendant On-Line Administrators, Inc. dba Peak Performance Marketing Solutions ("Peak") may produce records containing the personal identifying information of individuals that Peak called that are not named class representatives. Such personal identifying information ("PII") includes, without limitation, these individuals' first and last names, physical addresses, email addresses, and phone numbers.

The Court previously entered in this action a Stipulated Protective Order governing the production of "Confidential" materials in this Action (the "Protective Order"). (*See* Dkt. No. 92.) Peak, Defendant Volkswagen Group of America, Inc. ("VWGoA"), and Plaintiffs Brian Trenz, Francis Breidenbach, Caitlyn Farrell, and Noelle Simms ("Plaintiffs") hereby stipulate and agree that PII should be treated as Confidential information under the Protective Order, with the following exceptions:

(1)  Information with PII should be labeled as set forth in Paragraph 5.2 of the Protective Order, except that it should be labeled as "CONFIDENTIAL – PII."

(2)  Such "CONFIDENTIAL – PII" may be shared as set forth in Paragraph 7.2 of the Protective Order, except that it may not be shared as permitted by Paragraph 7.2(b). For the avoidance of doubt, such "CONFIDENTIAL – PII" may not be shared with the named-Plaintiffs or "the officers, directors, and employees (including House Counsel) of the Receiving Party to whom disclosure is reasonably necessary for this Action . . . ."

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 2, 2019

ZAVERI TABB APC
PATTERSON LAW GROUP


/s/ James A. Tabb
Attorneys for Plaintiffs


DATED: July 2, 2019


/s/ Jay T. Ramsey
Attorneys for Defendant ON-LINE ADMINISTRATORS, INC.

/s/ Matt Pearson
Attorneys for Defendant VOLKSWAGEN GROUP OF AMERICA, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: July 3, 2019

Honorable Karen L. Stevenson
United States ~~District~~/Magistrate Judge