FRED R. PUGLISI, Cal. Bar No. 121822
JAY T. RAMSEY, Cal. Bar No. 273160
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
fpuglisi@sheppardmullin.com
valter@sheppardmullin.com
jramsey@sheppardmullin.com

Attorneys for Defendant
ON-LINE ADMINISTRATORS, INC. dba
PEAK PERFORMANCE MARKETING
SOLUTIONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRENZ, FRANCIS BREIDENBACH, CAITLYN FARRELL, and NOELLE SIMMS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ON-LINE ADMINISTRATORS, INC. dba PEAK PERFORMANCE MARKETING SOLUTIONS, a California Corporation; VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1-5,<br><br>  Defendants. | Case No. 2:15-CV-08356-JLS-KS<br><br>*Honorable Josephine L. Staton*<br><br>CLASS ACTION<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br><br><br><br><br><br><br><br>[Complaint Filed:  October 26, 2015] |

|   |   |
|---|---|
| 1 | Plaintiffs Brian Trenz, Francis Breidenbach, Caitlyn Farrell, and Noelle Simms (collectively, "Plaintiffs") and Defendants Volkswagen Group of America, Inc. ("VWGoA") and On-Line Administrators Inc. dba Peak Performance Marketing Solutions ("Peak") (collectively, "Defendants") file this Stipulation seeking an order from the Court amending the Scheduling Order as outlined below. Good cause exists to grant this Stipulation based on the following facts. |

1. On May 21, 2021, the Court entered "(In Chambers) Order (1) Lifting Stay and (2) Setting Schedule" [DKT No. 251], lifting the stay in this action and setting forth a revised Scheduling Order (herein, "Scheduling Order"). The Scheduling Order set January 28, 2022 as the last day to file Motions in Limine (excluding Daubert Motions), and March 4, 2022 at 10:30 AM as the date for the Final Pretrial Conference.

2. On October 8, 2021, Defendants timely filed their Motion for Summary Judgment as to Plaintiffs Caitlyn Farrell and Noelle Simms [DKT No. 256]. The hearing on Defendants' Motion for Summary Judgment was set in accordance with the Court's scheduling rules and at the earliest possible time. It is set for April 1, 2022 at 10:30 AM in Courtroom 10A, 10th Floor, of the United States District Court for the Central District of California, located at 411 W. Fourth S., Santa Ana, CA 92701.

3. To allow for Defendants to be heard on the Motion for Summary Judgment before motions in limine are due and the pre-trial conference is scheduled, the parties have agreed that, in light of the foregoing, the dates set in the Scheduling Order for the last day to file Motions in Limine and the Final Pretrial Conference should be vacated and rescheduled, and should be reset after the April 1, 2022 hearing.

4. The parties agree that allowing the Motion for Summary Judgment to be heard before requiring the parties to complete their pre-trial filings (including jury instructions, witness lists, exhibit lists, motions in limine, the Final Pre-Trial

Conference Order, and so forth) is the most efficient course forward because the Motion has the potential to eliminate the need for trial entirely or streamline it considerably.

NOW, THEREFORE, the parties request that the Court vacate the dates set in the Scheduling Order for the deadline to file Motions in Limine and the Final Pretrial Conference date, and reschedule those dates after the April 1, 2022 hearing on Defendants' Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated:  November 24, 2021

**BAKER & HOSTETLER LLP**

By:  /s/ *Paul G. Karlsgodt*
    Paul G. Karlsgodt
    Matthew D. Pearson

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

Dated:  November 24, 2021

**SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP**

By:  /s/ *Jay T. Ramsey*
    Fred R. Puglisi
    Jay T. Ramsey

Attorneys for Defendant
ON-LINE ADMINISTRATORS, INC. dba PEAK PERFORMANCE MARKETING SOLUTIONS

Dated: November 24, 2021

**EDELSON PC**

By: */s/ Lily E. Hough*
    Lily E. Hough

Attorneys for
PLAINTIFFS AND THE CERTIFIED CLASS

### **ATTESTATION**

I, Jay T. Ramsey, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

    */s/ Jay T. Ramsey*