1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        CENTRAL DISTRICT OF CALIFORNIA

9

10   BRIAN TRENZ, FRANCIS                    Case No. 2:15-CV-08356-JLS-KS
     BREIDENBACH, CAITLYN
11   FARRELL, and NOELLE SIMMS, on
12   behalf of themselves and all others
     similarly situated,
13

14          Plaintiffs,

15       v.                                  ==Corrected== Order Setting Deadline to
                                             File Motions in Limine to May 6,
16                                           2022 and setting Final Pretrial
17   ON-LINE ADMINISTRATORS, INC.            Conference for June 10, 2022
     dba PEAK PERFORMANCE
18   MARKETING SOLUTIONS, a
     California Corporation;
19   VOLKSWAGEN GROUP OF
20   AMERICA, INC., a New Jersey
     Corporation; and DOES 1-5,
21

22          Defendants.

23

24

25

26

27

28

1    The Court, having read and considered the Parties' Stipulation to Amend

2  Scheduling Order (Doc. 259), and finding good cause therefore, HEREBY

3  ORDERS that the dates set in the May 21, 2021 Scheduling Order for the deadline

4  to file Motions in Limine and the date of the Final Pretrial Conference (the

5  "Matters") are vacated.  The deadline to file Motions in Limine is set to May 6,

6  2022, and the Final Pretrial Conference is set for June 10, 2022, at 10:30 a.m.

7    **IT IS SO ORDERED.**

8

9  DATED:  December 09, 2021

10

# JOSEPHINE L. STATON

11

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28