JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRENZ, FRANCIS BREIDENBACH, CAITLYN FARRELL, and NOELLE SIMMS, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>ON-LINE ADMINISTRATORS, INC. dba PEAK PERFORMANCE MARKETING SOLUTIONS, a California Corporation; VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1-5,<br><br>            Defendants. | Case No. 2:15-CV-08356-JLS-KS<br><br>**ORDER**<br><br>Judge: Hon. Josephine L. Staton |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

    1.    The Post-October 16, 2013 Class that was certified on September 25, 2017, is hereby decertified.

    2.    The claims of Plaintiffs Farrell and Simms are dismissed with prejudice as to their individual claims, and without prejudice as to the claims of the Post-October 16, 2013 Class.

    3.    The clerk is ordered to enter final judgment and close the file.

ENTERED: March 25, 2022

_____
Honorable Josephine L. Staton
United States District Judge